■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL FOSTER, Appellant. [821 NYS2d 544]—Judgment, Supreme Court, New York County (Arlene R. Silverman, J.), rendered on or about September 21, 2005, unanimously affirmed. Motion

seeking leave to enlarge record denied. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Sullivan, Nardelli and Mc-Guire, JJ.